# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EDDIE C. WILSON, SR., | : |
| Petitioner | : |
| v | :    Civil Action No. AW-05-2398 |
| STATE OF MARYLAND | : |
| Respondent | : |

. . . .o0o. . . .

## MEMORANDUM

Pending is a Petition for Writ of Mandamus filed by Petitioner pro se on August 30, 2005. Paper No. 1. Petitioner, who is presently incarcerated within the Maryland Division of Correction, requests this court to compel the "State Court" to either hold a post conviction hearing or vacate his state conviction and order his release.[1] See id. at 1- 2. For the reasons which follow, Respondent need not file a response, and the petition shall be dismissed without prejudice.

Under 28 U.S.C. § 1361, federal district courts have original jurisdiction over any action in the nature of mandamus to compel an officer or employee of the United States or one of its agencies to perform a duty owed to a petitioner. However, a federal district court has no mandamus jurisdiction over state court matters. Gurley v. Superior Court of Mecklenburg County, 411 F.2d 586, 587 (4th Cir.1969). Mandamus relief shall not issue, and the Petition will be dismissed for lack of jurisdiction. A separate Order follows.[2]

September 6, 2005                 _____"s"_____
Date                                               Alexander Williams, Jr.

---

[1] Petitioner has neither submitted the requisite filing fee nor moved for leave to proceed in forma pauperis. For the purpose of preliminary review, the court will grant him indigent status.

[2] Upon exhaustion of available state court remedies, a petitioner may seek federal habeas corpus relief for infringement of protections provided under the United States Constitutional or laws of the United States. A one-year period of limitations applies to claims raised under 28 U.S.C. §2254. The Court will direct the Clerk to send Petitioner a information packet for filing 28 U.S.C. §2254 habeas motions.

United States District Judge